IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC GUTIERREZ,

      Petitioner,

vs.                                                          CV 19-00436 RB/JHR

HECTOR BALDERAS, Attorney
General for the State of New Mexico,

      Respondent.[1]

# ORDER

THIS MATTER comes before the Court on Petitioner Eric Gutierrez' Motion to Appoint Counsel [Doc. 35], docketed August 15, 2022; and his Second Motion to Extend Time to File Objections to the Magistrate's Report and Recommendations [Doc. 36], filed August 15, 2022.

Gutierrez filed a *pro se* motion to appoint counsel, which was docketed on August 15, 2022. [*See* Doc. 35]. On the same day[2], Gutierrez' counsel of record, Louis Elias Lopez, Jr., notified the Court that the representation issue is resolved and that "[he] will be representing the petitioner through the remainder of the case before this Court." [Doc. 36, p. 2]. Because this issue is resolved, Gutierrez' motion to appoint counsel is DENIED as moot.

In the second motion to extend time, Gutierrez requests an additional 7 days to file objections. [Doc. 36, p. 1]. It is unopposed. [*Id.*, p. 2]. Having considered the request, noting it is unopposed, the Court finds good cause and GRANTS the motion to extend time. The objections deadline is hereby extended to August 22, 2022.

---

[1] The Court granted Respondents' unopposed motion to dismiss warden David Fajardo as a respondent. [Doc. 27].

[2] Lopez says Gutierrez "wrote his letter/motion" on August 8th, 2022, before the resolution of the representation issue. [Doc. 36, p. 2; *see also* Doc. 35 (caption)].

**SO ORDERED.**

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE